AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RONNIE VANCE MOORE | ) Case No.  2:23-CR-00024-APG-BNW |
| | ) |
| *Defendant* | ) |

*ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD*
*FEB 2 3 2023*
*CLERK US DISTRICT COURT*
*DISTRICT OF NEVADA*
*BY:_____ DEPUTY*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

/s/ Ronnie Vance Moore
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

Keisha K. Matthews                                                         /s/Ronnie Vance Moore
*Printed name of defendant's attorney (if any)*     *Signature of defendant's attorney (if any)*

Date:     02/22/2023           Approved by: _____
*Magistrate Judge's signature*