**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0024- BNW |
| Plaintiff, | |
| v. | **ORDER REASSIGNING CASE** |
| RONNIE VANCE MOORE, | |
| Defendant. | |

Good cause appearing, this case is reassigned United States Magistrate Judge Elayna Youchah to secure simplicity in administration and to eliminate unjustifiable expense and delay in accordance with Federal Rule of Criminal Procedure 2. Reassignment will allow full resolution of this action and citation E1747347/N6 in one hearing.

DATED: JULY 14, 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE